**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS MILLER and JEFFREY BORNEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WISE COMPANY INC.,<br><br>Defendant. | Case No: 5:17-cv-00616-JAK-PLA<br><br>**CLASS ACTION**<br><br>**ORDER ON JOINT STATUS REPORT AND STIPULATION (Dkt. 36)** |

The Court, having considered the updated Joint Status Report and Stipulation filed by the parties on February 8, 2018 regarding the proposed settlement of this matter, hereby approves the Stipulation and orders as follows:

- Plaintiffs will file an uncontested motion for preliminary approval on March 10, 2018;
- Plaintiffs' motion will be heard on May 7, 2018 at 8:30 a.m.; and
- Pending the Court's ruling on the motion for preliminary approval, all proceedings in this matter shall be stayed.

**SO ORDERED**.

Dated:  February 12, 2018

John A. Kronstadt
U.S. District Court Judge