# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MILLER and JEFFREY BORNEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WISE COMPANY INC.,<br><br>Defendant. | Case No: 5:17-cv-00616-JAK-PLA<br><br>**ORDER RE STIPULATION FOR EXENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL** |

The Court, having considered the parties' Stipulation re: Extension of Time for Filing Motion for Preliminary Approval of Settlement filed on March 6, 2018, hereby approves the Stipulation and orders as follows:

1. The Stipulation is GRANTED.
2. Plaintiffs shall file their uncontested motion for preliminary approval by March 30, 2018. The motion shall comply with the Court's Standing Order with respect to the request of any fees/costs.
3. Plaintiffs' motion will be heard as previously scheduled on May 7, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: March 7, 2018  _____
JOHN A. KRONSTADT
U.S. DISTRICT JUDGE