CHAVEZ & GERTLER LLP
Mark A. Chavez (CA Bar No. 90858)
Nance F. Becker (CA Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Tel: (415) 381-5599
Fax: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

BRAUN LAW GROUP, P.C.
Michael D. Braun (Bar No. 167416)
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Tel: (310) 836-6000
Fax: (310) 836-6010
mdb@braunlawgroup.com

LAW OFFICES OF ANDREW KIERSTEAD
Andrew S. Kierstead (Bar. No. 132105)
1001 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel: (508) 224-6246
Fax: (508) 244-4356
ajkier@aol.com

Attorneys for Plaintiffs Nicholas Miller, Jeffrey Borneman,
 and the Proposed Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MILLER and JEFFREY BORNEMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WISE COMPANY INC.,<br><br>  Defendant. | Case No: 5:17-cv-00616-JAK-PLA<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**<br><br>Hrg. Date: May 7, 2018<br>Time: 8:30 a.m.<br>Ctrm: 10B<br>Hon. John A. Kronstadt |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 7, 2018, at 8:30 a.m. or as soon thereafter as the matter may be heard by the Hon. John A. Kronstadt, in Courtroom 10B of the United States District Court for the Central District of California located at 350 W. First Street, Los Angeles, CA, Plaintiffs Nicholas Miller and Jeffrey Borneman, on behalf of themselves and all others similarly situated, will and they hereby do move the Court pursuant to Federal Rule of Civil Procedure Rule 23(e) for an order preliminarily approving the terms of the proposed settlement of this matter and finding that the Settlement Agreement appears fair, reasonable and adequate, and within the range likely to receive the Court's subsequent final approval.

Plaintiffs will move the Court for an order:

1. Conditionally certifying the following Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3):

> All persons who purchased one or more of the following products ("Eligible Products") for shipment to California during the period February 15, 2013 through December 31, 2017:
>
> 1-Month Emergency Food Supply Box;
>
> 56 Serving Breakfast/Entrée Bucket;
>
> 84 Serving Grab and Go Bucket;
>
> 240 Serving Long Term Food Supply Package;
>
> 3-Month Emergency Food Supply Box;
>
> 360 Serving Long Term Food Supply Package;
>
> 6-Month Emergency Food Supply Box;
>
> 720 Serving Long Term Food Supply Package;
>
> 1080 Serving Long Term Food Supply Package;
>
> 12-Month Emergency Food Supply Box;
>
> 1440 Serving Long Term Food Supply Package;

2160 Serving Long Term Food Supply Package;

2880 Serving Long Term Food Supply Package;

4320 Serving Long Term Food Supply Package;

Ultimate Emergency Prepper Pack, 1 Month for 2 adults;

Ultimate Emergency Prepper Pack, 1 Month for 4 adults;

Ultimate Emergency Prepper Pack, 3 Months for 1 adult;

Ultimate Emergency Prepper Pack, 3 Months for 2 adults.

Excluded from the Settlement Class are: (1) the current and former employees, officers and directors of Wise and its agents, subsidiaries, parents, successors, predecessors, and assigns; (2) the judge to whom this case is assigned and the judge's immediate family; and (3) any person who executes and files a timely request for exclusion from the Class.

2. Provisionally finding that the named Plaintiffs, Nicholas Miller and Jeffrey Borneman, are able to fairly and adequately represent the Settlement Class and appointing them as the Class Representatives.

3. Appointing Mark A. Chavez and Nance F. Becker of Chavez & Gertler LLP, Michael D. Braun of the Braun Law Group, P.C., and Andrew Kierstead of the Law Offices of Andrew Kierstead to serve as legal counsel for the Settlement Class ("Class Counsel").

4. Approving the Claim Form attached to the Settlement Agreement as Exhibit A.

5. Approving and appointing KCC as the Settlement Administrator.

6. Approving the Notice Plan set forth in the Settlement Agreement and the forms of notice attached as Exhibits B-1, B-2, B-3, B-4, and B-5 thereto, directing Wise to pay the estimated cost of giving notice, and directing the Parties and the Settlement Administrator to disseminate the Settlement Class Notice pursuant to the terms of the Settlement Agreement.

1	7.	Setting a Fairness Hearing to consider any objections to the Settlement Agreement, consider Plaintiffs' motion for an Attorneys' Fee and Expense Award and Service Awards, and determine whether the Settlement Agreement should be finally approved.

The motion will be based on this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Nance F. Becker and Exhibits thereto; the documents previously filed in the Docket of this matter; and such further briefing, evidence and argument as may be submitted and permitted by the Court.

Respectfully submitted,

Dated: March 29, 2018

CHAVEZ & GERTLER LLP
BRAUN LAW GROUP, PC
LAW OFFICES OF ANDREW KIERSTEAD

By: _/s/ Nance F. Becker____
Nance F. Becker
Attorneys for Plaintiffs and the Putative Class

*Additional counsel for Plaintiffs*:

BRAUN LAW GROUP, P.C.
Michael D. Braun (Bar No. 167416)
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Tel: (310) 836-6000
Fax: (310) 836-6010
mdb@braunlawgroup.com

LAW OFFICES OF ANDREW KIERSTEAD
Andrew S. Kierstead (Bar. No. 132105)
1001 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel: (508) 224-6246
Fax: (508) 244-4356
ajkier@aol.com