1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MILLER and JEFFREY BORNEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WISE COMPANY INC.,<br><br>Defendant. | Case No: 5:17-cv-00616-JAK-PLA<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION FOR EXENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARDS (DKT. 52)** |

The Court, having considered the parties' Stipulation re: Extension of Time for Filing Motion for Attorneys' Fees, Costs, Expenses, and Service Awards ("Stipulation" (Dkt. 52)), and good cause appearing, hereby **APPROVES** the Stipulation and Orders the following:

1. Plaintiffs shall file their motion for an award of attorneys' fees, costs, expenses, and service awards by May 10, 2019; and

2. Plaintiffs' motion will be heard as previously scheduled on July 15, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: February 12, 2019  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE