CHAVEZ & GERTLER LLP
Mark A. Chavez (Bar No. 90858)
Nance F. Becker (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Tel: (415) 381-5599
Fax: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

BRAUN LAW GROUP, P.C.
Michael D. Braun (Bar No. 167416)
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Tel: (310) 836-6000
Fax: (310) 836-6010
mdb@braunlawgroup.com

LAW OFFICES OF ANDREW KIERSTEAD
Andrew S. Kierstead (Bar. No. 132105)
1001 SW 5th Avenue, Suite 1100
Portland, Oregon 97204
Tel: (508) 224-6246
Fax: (508) 244-4356
ajkier@aol.com

Attorneys for Plaintiffs Nicholas Miller,
Jeffrey Borneman, and the Settlement Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MILLER and JEFFREY BORNEMAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>WISE COMPANY INC.,<br><br>   Defendant. | Case No: 5:17-cv-00616-JAK-PLA<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF JUDGMENT**<br><br>Date:  July 15, 2019<br>Time: 8:30 a.m.<br>Ctrm: 10B<br>Hon. John A. Kronstadt |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, ETC.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 15, 2019, at 8:30 a.m. or as soon thereafter as the matter may be heard by the Hon. John A. Kronstadt, in Courtroom 10B of the United States District Court for the Central District of California located at 350 W. First Street, Los Angeles, CA, Plaintiffs Nicholas Miller and Jeffrey Borneman, on behalf of themselves and all others similarly situated, will and they hereby do move the Court pursuant to Federal Rule of Civil Procedure Rule 23(e) for an order finally approving the terms of the proposed settlement of this class action and finding that the Settlement Agreement is fair, reasonable, and adequate. The motion will be heard concurrently with Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, Expenses, and Service Awards.

Plaintiffs will move the Court for an order:

1.    Certifying the following Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3):

All persons who purchased one or more of the following products ("Eligible Products") for shipment to California during the period February 15, 2013 through December 31, 2017:

1-Month Emergency Food Supply Box;
56 Serving Breakfast/Entrée Bucket;
84 Serving Grab and Go Bucket;
240 Serving Long Term Food Supply Package;
3-Month Emergency Food Supply Box;
360 Serving Long Term Food Supply Package;
6-Month Emergency Food Supply Box;
720 Serving Long Term Food Supply Package;
1080 Serving Long Term Food Supply Package;
12-Month Emergency Food Supply Box;
1440 Serving Long Term Food Supply Package;
2160 Serving Long Term Food Supply Package;
2880 Serving Long Term Food Supply Package;
4320 Serving Long Term Food Supply Package;
Ultimate Emergency Prepper Pack, 1 Month for 2 adults;
Ultimate Emergency Prepper Pack, 1 Month for 4 adults;

1  Ultimate Emergency Prepper Pack, 3 Months for 1 adult;
2  Ultimate Emergency Prepper Pack, 3 Months for 2 adults.

3  Excluded from the Settlement Class are: (1) the current and former employees,
4  officers and directors of Wise and its agents, subsidiaries, parents, successors,
5  predecessors, and assigns; (2) the judge to whom this case is assigned and the
6  judge's immediate family; and (3) the persons who executed and filed a timely
7  request for exclusion from the Class.

8  2.    Finding that the Settlement Class meets the requirements for class
9  certification for settlement purposes.

10  3.    Finding that the contents of the Class Notice and the manner in which
11  notice was provided was the best notice practicable under the circumstances, and
12  that the Notice was properly distributed to the members of the Settlement Class.

13  4.    Finding that the Settlement, on the terms and conditions set forth in the
14  Settlement Agreement, is fair, reasonable, adequate, and in the best interests of the
15  Settlement Class, as provided in Rule 23(e) of the Federal Rules of Civil Procedure;
16  that the Settlement was negotiated at arms-length under the auspices of a neutral
17  mediator; and that there is no evidence of fraud or collusion.

18  5.    Finding that no timely objections to the Settlement Agreement were
19  received.

20  6.    Finding that the named Plaintiffs, Nicholas Miller and Jeffrey
21  Borneman, have fairly and adequately represented the Settlement Class and that a
22  Service Award to each of them of $3,000 is appropriate based on their efforts
23  initiating and assisting with the prosecution and resolution of the Action.

24  7.    Finding that Class Counsel Mark A. Chavez and Nance F. Becker of
25  Chavez & Gertler LLP, Michael D. Braun of the Braun Law Group, P.C., and
26  Andrew Kierstead of the Law Offices of Andrew Kierstead ("Class Counsel"), as
27  well as Plaintiffs' counsel Jason Riddick and Jeffrey Huron, have well-represented
28  the Plaintiffs and the Settlement Class and that payment to Plaintiffs' Counsel,

collectively, of $966,453.75 in attorneys' fees and an additional $52,725.26 in costs and expenses is fair, reasonable, and appropriate.

8.     Directing the Settlement Administrator and the Parties to take all steps required to process and pay Class Members' claims and implement the Settlement in accordance with the terms of the Settlement Agreement. It shall be the continuing responsibility of Class Counsel and the Settlement Administrator to respond to all inquiries from Settlement Class members with respect to the Settlement. Wise shall pay the Service Awards and Award of Attorneys' Fees and Expenses to Class Counsel within 14 days of the Effective Date, in accordance with the terms of the Settlement Agreement.

9.     Determining that the Class Representatives and every person within the Settlement Class, except those who filed timely and valid Requests for Exclusion, are bound by the Settlement Agreement and the Court's Judgment and Order, and are permanently barred and enjoined from commencing or prosecuting any action or proceeding in any court or tribunal asserting any of the claims released under the Settlement Agreement, against Wise.

10.     Directing that upon the Effective Date and in consideration of Wise's making the payments and website modifications due under the Settlement, Plaintiffs and Settlement Class Members shall release and forever discharge any and all direct, individual, or class claims, rights or causes of action or liabilities whatsoever, whether known or unknown, whether accrued or unaccrued, and whether arising under federal, state, local, statutory, common or any other law, rule, or regulation that were or could have been asserted against Wise and its present and former owners, officers, directors, employees, parents, predecessors, successors and assigns, by Plaintiffs or any other Settlement Class Members in the Action, predicated upon the facts alleged in the Action. The Released Claims do not, however, include any claims for personal injuries.

11.     Directing that if the Effective Date does not occur, any and all rights

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, ETC.

of the Parties existing prior to the execution of the Settlement Agreement shall be preserved, and the Action shall proceed in all respects as if the Settlement Agreement and any related orders had not been entered.

       12.    Dismissing the Action against Wise with prejudice and without costs, except as provided in the Settlement Agreement and in the Order, and directing Judgment and entry by the Clerk.

       The Motion will be based on this Notice; the accompanying Memorandum of Points and Authorities; the Declarations of Class Counsel Nance F. Becker, Settlement Administrator Jake Heck of KCC LLC, and Wise representative Grant Gooder (to be filed by Wise) and the Exhibits thereto; the documents previously filed in the Docket of this matter; and such further briefing, evidence and argument as may be submitted and permitted by the Court.

Respectfully submitted,

Dated:  June 19, 2019

CHAVEZ & GERTLER LLP
BRAUN LAW GROUP, PC
LAW OFFICES OF ANDREW
KIERSTEAD

By: _____

Nance F. Becker
Attorneys for Plaintiffs and the
Putative Class

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, ETC.